# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO CIVIL    :   No. 631
                                 :
PROCEDURAL RULES COMMITTEE   :   CIVIL PROCEDURAL RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of October, 2015, John J. Hare, Esquire, Philadelphia, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of three years commencing November 1, 2015.